**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-7408**

_____

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff - Appellee,

　　　v.

DARRYL GLEN RILEY, a/k/a Kendu,

　　　　　　　　Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.　Henry E. Hudson, District Judge.　(3:98-cr-00101-HEH-1)

_____

Submitted:　January 31, 2017　　　　Decided:　February 3, 2017

_____

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Darryl Glen Riley, Appellant Pro Se.　Heather Hart Mansfield, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryl Glen Riley appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and conclude that the district court did not abuse its discretion in denying Riley's motion. See United States v. Smalls, 720 F.3d 193, 195 (4th Cir. 2013). Accordingly, we affirm the district court's order. United States v. Riley, No. 3:98-cr-00101-HEH-1 (E.D. Va. Sept. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED